IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD,, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-4091 |
| M/V AETEA SIERRA, *etc, et al*, | § § § | |
| Defendants. | § | |

**ORDER**

Steven E. Psarellis has moved to withdraw as counsel for the defendant, Aetea Sierra Maritime Co., Ltd. The motion to withdraw is granted. (Docket Entry No. 25).

Because a corporate entity may not proceed *pro se,* this court orders Aetea Sierra to appoint new counsel who will file a Notice of Appearance with this court no later than October 17, 2008. If it fails to do so, it may face judgment by default.

A status conference is set for **October 31, 2008, at 8:30 a.m.** in Courtroom 11-B.

SIGNED on September 16, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge